PROB 12B
(7/93)

Report Date: March 6, 2006

# United States District Court

## for the

## Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

### MAR 1 4 2006

JAMES R. LARSEN, CLERK
_____DEPUTY
SPOKANE, WASHINGTON

## Request for Modifying the Conditions or Term of  Supervision
## with Consent of the Offender
### (Probation Form 49, Waiver of Hearing is Attached)

Name of Offender:  Leticia N Lopez                    Case Number: 2:04CR06023-001

Name of Sentencing Judicial Officer:  The Honorable Wm. Fremming Nielsen

Date of Original Sentence:  6/1/2005                   Type of Supervision:  Supervised Release

Original Offense: Bank Embezzlement, 18 U.S.C. §       Date Supervision Commenced:  8/13/2005
656

Original Sentence:  Prison - 30 Days; TSR - 36         Date Supervision Expires:  8/12/2008
Months

## PETITIONING THE COURT

To modify the conditions of supervision as follows:

20      You shall abstain from the use of illegal controlled substances, and shall submit to urinalysis testing, as
        directed by the supervising probation officer, but no more than six tests per month, in order to confirm
        continued abstinence from these substances.

### CAUSE

On February 24, 2006, the defendant reported to the Probation Office in Richland and was directed to provide a urine
sample for testing.  This request was made after it was evident the defendant had lost a substantial amount of weight
in a short period of time and she was having difficulty focusing on questions and providing responses.  The defendant
was asked if she had used any controlled substances and she admitted to using cocaine and marijuana.  After about
an hour of waiting the defendant stated she was unable to provide a urine sample for testing.  The defendant was
directed to begin reporting for additional drug testings at Second Chance in Pasco.

On February 28, 2006, the defendant reported to the probation office in Richland and did not produce a urine sample
for testing.  The defendant had been notified 24 hours prior to her arrival that she would be tested.  She was then
directed to report to Second Chance prior to 7:00 p.m. to provide a sample.  Once again she failed to produce a
sample for testing.

The defendant also admitted on February 28, 2006, she had been associating with individuals who both use and sell
illegal drugs.  Due to her association she had been evicted from her residence.

The defendant is currently participating in drug treatment and attempts are being made to assist her with housing.

Prob 12B
**Re:  Lopez, Leticia N**
**March 6, 2006**
**Page 2**

Respectfully submitted,

by ___David L. McCary___
David L. McCary
U.S. Probation Officer
Date:  March 6, 2006

THE COURT ORDERS

[  ]    No Action
[  ]    The Extension of Supervision as Noted Above
[X]    The Modification of Conditions as Noted Above
[  ]    Other

_____
Signature of Judicial Officer

___3/14/06___
Date

PROB 49
(3/89)

# United States District Court

## Eastern District of Washington

### Waiver of Hearing to Modify Conditions
### of Probation/Supervised Release or Extend Term of Supervision

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended.  By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel.  I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel.  I also agree to following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

To modify the conditions of supervision as follows:

20      You shall abstain from the use of illegal controlled substances, and shall submit to urinalysis testing, as directed by the supervising probation officer, but no more than six tests per month, in order to confirm continued abstinence from these substances.

Witness: _____
David L. McCary
U.S. Probation Officer

Signed: _____
Leticia N Lopez
Probationer or Supervised Releasee

_____March 6, 2006_____
Date