PROB 12B
(7/93)

Report Date: February 9, 2009

# United States District Court

for the

## Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

FEB 12 2009

JAMES R. LARSEN, CLERK
_____DEPUTY
SPOKANE, WASHINGTON

### Request for Modifying the Conditions or Term of Supervision with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

| | |
|---|---|
| Name of Offender: Leticia N Lopez | Case Number: 2:04CR06023-001 |
| Name of Sentencing Judicial Officer: The Honorable Wm. Fremming Nielsen | |
| Date of Original Sentence: 6/1/2005 | Type of Supervision: Supervised Release |
| Original Offense: Bank Embezzlement, 18 U.S.C. § 656 | Date Supervision Commenced: 4/13/2007 |
| Original Sentence: Prison - 30 Days; TSR - 36 Months | Date Supervision Expires: 10/12/2011 |

## PETITIONING THE COURT

To modify the conditions of supervision as follows:

20   You shall complete 10 hours of community service work, at the rate of not less than 5 hours per month at a not-for-profit site approved in advance by the supervising probation officer. The hours are to be completed no later than April 6, 2009.

### CAUSE

On March 14, 2006, a violation report was supplied to the Court alleging the defendant had possessed methamphetamine, possessed drug paraphernalia, and associated with convicted felons, specifically noting Daniel Crouchet. The conduct consisted of the defendant using her residence as a location which known drug users could congregate and use drugs. As noted above, one of these individuals was Daniel Crouchet. Mr. Crouchet has been convicted of 14 felonies and numerous misdemeanor cases. It was later found the defendant was assisting Mr. Crouchet and others in the theft of storage units in the Tri City area. The defendant had agreed to testify against the others after the theft ring was broken up by the Richland Police Department. Mr. Crouchet was sentenced to a prison term with the Department of Corrections in Washington for his part in the thefts.

On January 29, 2009, this officer, unbeknownst to the defendant, observed the defendant with a male subject at the Benton County Superior Clerk's Office. Contact was made and he identified himself as Daniel Crouchet. It was confirmed this was the same subject who was at the residence noted in the March 14, 2006, violation report. He admitted he had been released from prison in September of 2008, and he had been having contact with the defendant since December of 2008.

Prob 12B
**Re: Lopez, Leticia N**
**February 9, 2009**
**Page 2**

On February 2, 2009, contact was made with Mr. Crouchet's Community Corrections Officer. The officer advised the defendant and Mr. Crouchet were contacted by a West Richland Police officer when the vehicle was pulled over and the driver was found to be under the influence. It was also noted the defendant and Mr. Crouchet were under the influence, but were allowed to walk home as the residence was one block away.

The defendant failed to report her contact with law enforcement and Mr. Crouchet as directed within her conditions of supervised release. It should be noted, the defendant was directed on numerous occasions she would not be allowed to associate with Mr. Crouchet upon his release. Mr. Crouchet was a large factor in the defendant becoming involved in the use of methamphetamine and committing additional criminal conduct.

On February 4, 2009, the defendant was reminded of her conditions not to associate with convicted felons without the approval of her probation officer. She was also notified not to have contact with Mr. Crouchet and to report any contact with law enforcement. Mr. Crouchet was also advised of the no contact condition.

At this time it would be respectfully recommended 10 hours of community service be imposed as a condition to address the violations of supervised release.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 2/9/09

David L. McCary
U.S. Probation Officer

THE COURT ORDERS

[ ] No Action
[ ] The Extension of Supervision as Noted Above
[X] The Modification of Conditions as Noted Above
[ ] Other

Signature of Judicial Officer

Feb 12 2009
Date